**CARELLA, BYRNE, CECCHI,**
 **OLSTEIN, BRODY & AGNELLO, P.C**
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
JCecchi@CarellaByrne.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com

*Counsel for Danske Invest Management A/S*
*and Proposed Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANE PARK, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, FRANCISCO D'SOUZA, and KAREN MCLOUGHLIN,<br><br>                              Defendants. | Civil Action No. 16-6509 (WHW) (CLW)<br><br>NOTICE OF THE MOTION OF DANSKE INVEST MANAGEMENT A/S FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL<br><br>MOTION DATE: January 3, 2017 |

*(Additional captions on following page)*

| | |
|---|---|
| ANNA MARIE DADDABBO and PATTI DANNER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, FRANCISCO D'SOUZA, and KAREN MCLOUGHLIN,<br><br>Defendants. | Civil Action No. 16-8010 (WHW) (CLW) |
| ANN BECK JOHNSON, TRUSTEE FOR THE ANN B JOHNSON LIVING TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION, FRANCISCO D'SOUZA, KAREN MCLOUGHLIN, and GORDON COBURN,<br><br>Defendants. | Civil Action No. 16-8641 (KSH) (CLW) |

TO:     ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Tuesday, January 3, 2017, or as soon thereafter as counsel may be heard, the undersigned counsel for Danske Invest Management A/S ("Danske") will move before the Honorable William H. Walls, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and Federal Rule of Civil Procedure 42(a): (1) consolidating the above-captioned related actions; (2) appointing Danske as Lead Plaintiff; (3) approving Danske's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. as Liaison Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Danske is the "most adequate plaintiff" pursuant to the PSLRA.  In support of this Motion, Danske submits herewith the Memorandum of Law in Support of the Motion of Danske Invest Management A/S for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel, and the Declaration of James E. Cecchi in Support of the Motion of Danske Invest Management A/S for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

DATED:  December 5, 2016                    Respectfully submitted,

                                            s/ James E. Cecchi

                                            **CARELLA, BYRNE, CECCHI,**
                                              **OLSTEIN, BRODY & AGNELLO, P.C**
                                            James E. Cecchi
                                            5 Becker Farm Road
                                            Roseland, NJ 07068
                                            Telephone: (973) 994-1700
                                            Facsimile: (973) 994-1744
                                            JCecchi@CarellaByrne.com

*Proposed Liaison Counsel for the Class*

**KESSLER TOPAZ**
    **MELTZER & CHECK, LLP**
Naumon A. Amjed
Darren J. Check
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
dcheck@ktmc.com
rdegnan@ktmc.com

*Counsel for Danske Invest Management A/S and*
*Proposed Lead Counsel for the Class*

2

## CERTIFICATION PURSUANT TO L.CIV.R. 11.2

I, James E. Cecchi, hereby certify pursuant to Local Civil Rule 11.2 that the matter in controversy in the above-captioned action is not the subject of any other action pending in any court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of December 2016.

*s/ James E. Cecchi*
James E. Cecchi

## CERTIFICATE OF SERVICE

I, James E. Cecchi, hereby certify that on December 5, 2016, I caused the foregoing motion and its supporting documents to be filed electronically with the Clerk of the Court through the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of December 2016.

*s/ James E. Cecchi*
James E. Cecchi

3